Valdevieso v Emblem Health Medicare (2024 NY Slip Op 50149(U))

[*1]

Valdevieso v Emblem Health Medicare

2024 NY Slip Op 50149(U)

Decided on February 15, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 15, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Perez, JJ.

571181/23

Ruth Valdevieso, Plaintiff-Appellant, 
against
Emblem Health Medicare, Defendant-Respondent.

In consolidated actions, plaintiff appeals from three judgments of the Small Claims Part of the Civil Court of the City of New York, New York County (Kim M. Parker, J.), each entered on or about June 13, 2023, after trial, in favor of the defendant dismissing the actions.

Per Curiam.
Judgments (Kim M. Parker, J.), each entered on or about June 13, 2023, affirmed, without costs.
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing the claims of plaintiff, a licensed health insurance broker, for commissions for policies that were renewed after she was terminated for cause by defendant (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). The unambiguous terms of the parties' written agreement provide that no further compensation is payable to plaintiff after a "for cause" termination. Where, as here, a contract is complete, clear and unambiguous on its face, it must be enforced according to the plain meaning of its terms (see W.W.W. Assoc. v Giancontieri, 77 NY2d 157 [1990]). We also note that plaintiff never formally challenged her October 2020 termination for cause.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 15, 2024